UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :

      - v. -           :

MELODY WOODS,                 :

         Defendant.    :

- - - - - - - - - - - - - - - x



MISDEMEANOR
INFORMATION

07 Cr. ___

07 CRIM 507

### COUNT ONE

The United States Attorney charges:

From at least in or about June 2002 up to and including on or about February 7, 2006, in the Southern District of New York and elsewhere, MELODY WOODS, the defendant, unlawfully, intentionally, and knowingly, did access a computer without authorization and did exceed authorized access and thereby did obtain information from a department and agency of the United States, to wit, WOODS accessed a computer system maintained by the United States Department of Treasury without authorization and did exceed authorized access thereto in order to access and obtain information from the Internal Revenue Service in respect of at least six individuals.

(Title 18, United States Code, Section 1030(a)(2)(B))

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney