# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____NEW YORK_____

UNITED STATES OF AMERICA

- v -

MELODY WOODS,         Defendant.

Docket Number _____07 CR. 507 (DC)_____

_____HONORABLE DENNY CHIN_____
(District Court Judge)

Notice is hereby given that ___the defendant MELODY WOODS___ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓] : order [ ] : other [ ] : _____
(specify)

entered in this action on ___06/02/08___
(date)

Offense occurred after November 1, 1987     Yes [✓]     No [ ]

The appeal concerns:     conviction only [ ] :     sentence only [ ] :     conviction and sentence [✓]

Date: ___JUNE 11, 2008___

TO:
ANTONIA APPS, ESQ.
AUSA
ONE ST. ANDREW'S PLAZA
NEW YORK, NY 10007

MELODY WOODS
2720 HERING AVENUE, BASEMENT
BRONX, NY 10469

ADD ADDTIONAL PAGE IF NECESSARY

___Barry Leiwant, Esq.___
(Counsel for Appellant)

Address: ___Federal Defenders of New York, Inc.___

___52 Duane Street - 10th Flor___

___New York NY 10007___

Telephone Number (212) 417-8700

(TO BE COMPLETED BY ATTORNEY)     TRANSCRIPT INFORMATION - FORM B

| ►QUESTIONNAIRE | ►TRANSCRIPT ORDER ► | DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
|---|---|---|
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Pre-trial proceedings<br>[ ] Trial<br>[✓] Sentence<br>[ ] Post-trial proceedings | Dates<br><br><br><br>6/2/08 |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ► Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature   MARK B. GOMBINER, ESQ.    DATE   JUNE 11, 2008

► **COURT REPORTER ACKNOWLEDGMENT**     To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____     Signature _____
(Court Reporter)

COPY 1 - ORIGINAL