**PRO SE OFFICE**



*U.S. DISTRICT COURT FILED JUN 09 2008 S.D. OF N.Y.*

Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

Southern District of New York

Melody J. Woods

Docket No.: 07-CR 507-01 (DC)

Denny Chin
(District Court Judge)

Notice is hereby given that **Melody J Woods** appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [___] _____ (specify)

entered in this action on **6/4/08** (date)

Offense occurred after November 1, 1987    Yes [✓]    No [___]

This appeal concerns: Conviction only [___]    Sentence only [___]    Conviction and Sentence [✓]

Date **6/9/08**
TO

_MJ Woods_ (Pro se)
(Counsel for Appellant)

Address: **2920 Hering Ave Bsmt. Bronx, NY 10469**

Telephone Number: **917-379-6212**

ADD ADDITIONAL PAGE (IF NECESSARY)

---

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [___] I am ordering a transcript<br>[___] I am not ordering a transcript<br>Reason<br>[___] Daily copy is available<br>[___] U.S. Attorney has placed order<br>[___] Other. Attach explanation | Prepare transcript of<br>[___] Prepare proceedings _____<br>[___] Trial _____<br>[___] Sentencing _____<br>[___] Post-trial proceedings _____ | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [___] Funds [___]    CJA Form 24 [___]

ATTORNEY'S SIGNATURE                              DATE

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney.
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05

*RECEIVED PRO SE OFFICE*